STATE OF CONNECTICUT *v.* STEVEN S.

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 770 (AC 27185), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided September 5, 2007

STATE OF CONNECTICUT *v.* THADDEUS LAVALLEE

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 573 (AC 27207), is denied.

*Katharine S. Goodbody,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided September 5, 2007

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 721 (AC 27360), is denied.